IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**KERRICK V. TEAMER, JR.,**

    **Plaintiff,**

v.                                                        Case No. 3:25cv683-LC-MAF

**ROBERT L. GUY, JR., et al.,**

    **Defendants.**

_____/

## **O R D E R**

This cause is before the Court for consideration of the Magistrate Judge's Report and Recommendation dated November 3, 2025. ECF No. 19. The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections. No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The second amended complaint, ECF No. 18, is **DISMISSED** for failure to state a claim upon which relief may be granted.

3. The Clerk of Court shall note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and shall close the file.

DONE AND ORDERED this 4th day of December, 2025.

*s/L.A. Collier*
LACEY A. COLLIER
Senior United States District Judge